**FILED
CLERK**
10/20/2020 11:48 am
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

# CIVIL CAUSE FOR PRE-MOTION CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 10/20/2020   TIME: 9:45 AM   TIME IN COURT: 10 Mins.

CASE: **2:20-cv-02837-JMA-ST
Finnigan v. Mattituck-Cutchogue Union Free School District et. al.**

APPEARANCES:   For Plaintiff:   Kyle T. Pulis

For Defendants:   Adam I. Kleinberg
(For Defendants Mattituck-Cutchogue Union Free School District, Dr. Kathleen Devine and Jill Gierasch)

William Robert Devine
(For Defendant Randall Solomon, MD)

FTR: 9:47-9:51

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☒ A telephone status conference is scheduled for November 9, 2020 at 10:00 AM before Judge Joan M. Azrack. Parties shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.
- ☐ Other: