FILED
CLERK
11/9/2020 10:22 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

# CIVIL CAUSE FOR STATUS CONFERENCE (Tel.)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 11/9/2020  TIME: 10:00 AM  TIME IN COURT: 10 Mins.

CASE: **2:20-cv-02837-JMA-ST**
**Finnigan v. Mattituck-Cutchogue Union Free School District et. al.**

APPEARANCES:  For Plaintiff:  Kyle T. Pulis

For Defendants:  Adam I. Kleinberg
(For Defendants Mattituck-Cutchogue Union Free
School District, Jill Gierasch and
Dr. Kathleen Devine)

William Robert Devine
(For Defendant Randall Solomon, MD)

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone status conference is scheduled for          , 2020 at      PM before Judge Joan M. Azrack. The proceeding will be conducted through the AT&T teleconference center. Counsel shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.
- ☒ Other: Amended complaint to be filed by 12/11/2020. Parties to submit a proposed briefing schedule thereafter.