UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DONNA FINNIGAN,

                Plaintiff,

-against-

MATTITUCK-CUTCHOGUE UNION FREE
SCHOOL DISTRICT, JILL GIERASCH, DR.
KATHLEEN DEVINE & RANDALL SOLOMON,
M.D. (sued in their individual capacities pursuant
To 42 U.S.C. §1983 & NYEL),

                Defendants.
---------------------------------------------------------------X

Civil Action No.: 20-cv-02837
(JMA)-(ST)

**STIPULATION OF DISCONTINUANCE
AS TO RANDALL SOLOMON,
M.D., ONLY**

***PLAINTIFF RESERVES ALL
RIGHTS AS TO THE REMAINING
PARTIES**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, as to RANDALL SOLOMON, M.D., only, without costs to either party as against the other.

      This stipulation may be executed in any number of counterparts, all of which counterparts, taken together, shall constitute one and the same instrument with facsimile or .pdf reproductions of signatures to suffice as originals, and may be filed without further notice with the Clerk of the Court.

Dated: Garden City, New York
       November 30, 2020

SCOTT MICHAEL MISHKIN, P.C.

By: _____
    Kyle Pulis, Esq.
Attorneys for Plaintiff
DONNA FINNIGAN
One Suffolk Square, Suite 240
Islandia, New York 11749
kpulismishkinpc@optonline.com

BARTLETT LLP

By: _____
    Robert Devine
Attorneys for Defendant
RANDALL SOLOMON, M.D.
1001 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 877-2900
Robert.devine@bartlettllp.com

SOKOLOFF STERN LLP

By: _____
Adam I. Kleinberg
Attorneys for Defendants
MATTITUCK-CUTCHOGUE UNION
FREE SCHOOL DISTRICT, JILL GIERASCH,
DR. KATHLEEN DEVINE
179 Westbury Avenue
Carle Place, NY 11514
516-334-4500
Fax: 516-334-4501
Email: akleinberg@sokoloffstern.com