

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

January 16, 2021

<u>Via ECF</u>
Honorable Joan M. Azrack
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re: *Finnigan v. Mattituck-Cutchogue U.F.S.D., et al.*
         Docket No. 20-cv-02837 (JMA) (ST)
         File No. 190141

Your Honor:

  This firm represents defendants Mattituck-Cutchogue Union Free School District (the "District"), Dr. Jill Gierasch, and Dr. Kathleen Devine. We write on the consent of plaintiffs' counsel to request permission for an additional two weeks to file defendants' motion to dismiss the amended complaint.

  This is our first request to extend the existing deadline. I have been out of town for two college visits in the last two weeks and have been facing a very busy litigation calendar and several time sensitive projects. We propose the following revised schedule:

- February 4, 2021  Deadline to serve the motion
- February 25, 2021  Deadline to oppose the motion
- March 11, 2021  Deadline for reply papers

  As per Your Honor's Individual Rules of Practice, the parties will not file any motion papers on ECF until the motion is fully briefed.

  Thank you for the consideration of this matter.

            Respectfully submitted,

            SOKOLOFF STERN LLP

            ADAM I. KLEINBERG
            VERNÉE PELAGE

cc: All counsel of record (via ECF)