

# Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS AT LAW

Kyle T. Pulis, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631-234-5048

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-907-3009
Fax. 631-324-3622

Via ECF

February 22, 2021

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re: <u>Finnigan v. Mattituck-Cutchogue U.F.S.D., et al.</u>
CV: 20-2837 (JMA) (ST)

Dear Judge Azrack:

As counsel for the plaintiff, we write with the consent of defendants' counsel to respectfully request an extension of time to file/serve plaintiff's opposition to defendants' motion to dismiss in the above-matter. This is the first request by the plaintiff for an extension of this deadline.

The parties have conferred and agree that the extension will not prejudice any party.

In accordance with Your Honor's rules, an Amended briefing schedule is set forth below should the Court grant this request:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Service of Plaintiff's Opposition Papers: | February 25, 2021 | April 23, 2021 |
| Service of Defendants' Reply Papers: | March 11, 2021 | May 7, 2021 |

Your Honor's consideration is appreciated.

Respectfully submitted,

Kyle T. Pulis

cc: All counsel of record (via ECF)